USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION

MASTER DOCKET: 21 MC 100 (AKH)

THOMAS MAGEE, ET AL,

    PLAINTIFF,

-against-

A RUSSO WRECKING, ET AL,

    DEFENDANTS.

CIVIL ACTION NO: 07-CV-05228

STIPULATION DISCONTINUING ACTION WITHOUT PREJUDICE

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled civil action referenced as 07CV05228 be discontinued and dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) without prejudice and without cost to any party.

Dated: New York, New York
   June 24, 2008

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By: _____
CHRISTOPHER R. LOPALO (CL 6466)
350 Fifth Avenue, Suite 7413
New York, NY 10118
(212) 267-3700
*Attorneys for Plaintiffs*

Dated: New York, New York
   ~~June~~ July 7, 2008

SCHIFF HARDIN LLP

By: _____
HEIDI OERTLE (HO 9967)
900 Third Avenue
New York, New York 10022
(212) 745-0835
*Attorneys for the Port Authority of New York and New Jersey*

59067

Dated: New York, New York
~~June~~ 16, 2008
July

PATTON BOGGS LLP

By: _____
JAMES E. TYRRELL, JR. (JT 4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorneys for The City of New York, AMEC
Construction Management, AMEC Earth &
Environmental, Anthony Cortese Specialized
Hauling, LLC, Berkel and Company Contractors
Inc., Big Apple Wrecking, Breeze Carting, Breeze
National, Inc., Brer-Four Transportation Corp.,
C.B. Contracting Corp., Canron Construction Corp.,
Component Assembly Systems, Inc., Cord
Contracting Co., Inc., D'Onofrio General
Contractors Corporation, Diamond Point
Excavating, Diego Construction, Diversified Carting
Inc., DMT Enterprise, Inc., E.J. Davies Inc., Eagle
One Roofing Contracting, Inc., En-Tech Corp.,
EROC, Ewell W. Finley, P.C., Executive Medical
Services, PC, Fleet Trucking, Inc., Francis A. Lee
Company, FTI Trucking Corp., Gilsanz, Murray &
Steficek, Goldstein Associates PLLC, Hallen
Welding Service, Inc., HP Environmental Inc., Koch
Skanska, Inc., LaQuila Construction, LaStrada
General Contracting Corp., LERA, Lockwood,
Kessler & Bartlett, Lucius Pitkin Inc., Manafort
Brothers, Inc., Mazzocchi Wrecking, Inc.,
Moretrench American Corporation, Mueser
Rutledge Consulting Engineers, Nacirema Industries
Inc., New York Crane & Equipment Corp.,
Nicholson Construction Company, Peter
Scalamandre & Sons Inc., Pinnacle Environmental
Corp., Plaza Construction Entities, ProSafety
Service LLC, PT&L Contracting Corp., Robert
Silman Associates, Robet L. Gerosa, Rodar
Enterprises Inc., Royal GM, Inc., SAB Trucking,
Safeway Environmental Corp., Semcor Equipment,
Silverite Contractors, Simpson Gumpertz and Heger,
Inc., Skidmore, Owings & Merrill LLP, Thornton
Tomasetti Group/LZA, Total Safety Services, LLC,
Tucci Equipment Rental Corp, Tully Construction
Co., Vollmer Associates LLP, Weidlinger Associates
Inc., Wolkow Braker Roofing Corporation, WSP
Cantor Seniuk, Yannuzzi & Sons, Incorporated,
Yonkers Contracting Company*

59067

Dated: New York, New York

June 15, 2008

BETANCOURT, VAN HEMMEN
GRECO & KENYON LLC

By: _____
Ronald Betancourt (RB 5838)
46 Trinity Place
New York, New York 10006
(212) 297-0050
*Attorneys for Weeks Marine, Inc.*

SO ORDERED: 7/18/08

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK

59067